■ ISIDOROS PANTELAROS et al., Respondents, v 75TH ST. TENANTS CORP., Defendant and Third-Party Plaintiff-Respondent. KAYAFAS CONTRACTING Co., INC., Third-Party Defendant-Appellant, et al., Third-Party Defendant. [664 NYS2d 789] —Order, Supreme Court, New York County (Paula Omansky, J.), entered September 23, 1996, which, in an action for personal injuries by a laborer against the owner of a construction site, insofar as appealed from, denied the motion of third-party defendant contractor, plaintiff's employer, for summary judgment dismissing plaintiff's Labor Law § 240 (1) claim, unanimously affirmed, without costs.

Plaintiff's allegations, if true, that, while attempting to secure scaffolding on the roof of the building, and without any safety devices in place, he fell off a sloped portion of the roof 10 feet onto a flat portion of the roof injuring his back and leg, state a cause of action under Labor Law § 240 (1) (*see, Rocovich v Consolidated Edison Co.*, 78 NY2d 509, 514). There are issues of fact that cannot be resolved on this record (*cf., supra*, at 514-515). Concur—Milonas, J. P., Rubin, Tom, Mazzarelli and Colabella, JJ.